LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
P.BOBBY SHUKLA (No. 229736)
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:    (415) 986-1338
Fax:    (415) 986-1231


Attorneys for Plaintiff
PEGGY PHELPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY PHELPS, | ) NO. C 10-05835 SBA |
| Plaintiff, | ) |
| v. | ) **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| SAP AMERICA INC., | ) |
| Defendant. | ) |
| _____ | ) |

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

Pursuant to the terms of a written compromise settlement and release of claims and pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-160 of the U.S. District Court for the Northern District of California, the parties hereby stipulate that the above-captioned action by Plaintiff Peggy Phelps against Defendant SAP America Inc., shall be dismissed with prejudice, and that, except as otherwise provided in the agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO STIPULATED**.

Dated: August 8, 2011            LAW OFFICES OF STEPHEN M. MURPHY

                                 By:   /s/ STEPHEN M. MURPHY
                                       STEPHEN M. MURPHY
                                       Attorney for Peggy Phelps

Dates: August 8, 2011            CURLY, HESSINGER AND JOHNSRUD LLP

                                 By:   /s/ BRIAN L. JOHNSRUD
                                       BRIAN L. JOHNSRUD
                                       Attorney for SAP America Inc.

**ORDER**

It is hereby ordered and adjudged that this matter is dismissed with prejudice and that, except as otherwise provided in the agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO ORDERED**.

Dated: 4/6/12                    By:   _Sandra B. Armstrong_
                                       SANDRA BROWN ARMSTRONG
                                       United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, STEPHEN MURPHY, hereby declare as follows:

I am one of the attorneys for Plaintiff Peggy Phelps in this action and am duly licensed to practice law in the State of California and in the U.S. District Court for the Northern District of California.

I hereby attest that concurrence from Brian Johnsrud has been obtained in the filing of this Stipulation of Dismissal with Prejudice and [Proposed] Order.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and, if called as a witness, I could testify competently thereto.

Executed at San Francisco, California, this 8th day of August, 2011.

                                                                                                               /s/ STEPHEN M. MURPHY
                                                                                                                  STEPHEN M. MURPHY